IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| RELX INC., | : | Case No. 3:17-cv-00202-TMR |
| through its LexisNexis Division, | | Judge Thomas M. Rose |
| | : | |
| Plaintiff, | | |
| | : | |
| v. | | |
| | : | |
| CHASE COST MANAGEMENT, LLC, | | **AGREED PRELIMINARY** |
| | : | **INJUNCTION ORDER AND ENTRY** |
| Defendant. | | **GRANTING MOTION FOR** |
| | : | **TEMPORARY RESTRAINING** |
| | | **ORDER DOC. 3** |

This matter came on for hearing pursuant to Plaintiff RELX Inc., through its LexisNexis Division's ("LN" or "Plaintiff"), Motion for Temporary Restraining Order and Preliminary Injunction ("Motion"). The Parties have conferred on Plaintiff's Motion and agree to the following preliminary injunctive relief. The Court, for good cause shown, ORDERS that Defendant Chase Cost Management, LLC ("Chase"), its directors, officers, agents, servants, employees, attorneys, and all others in active concert or participation with it are:

1.      prevented from using or disclosing to any third-party all non-public:

(a) pricing information relating to LN's products or services;

(b) terms of use information relating to LN's respective agreements with its customers; and

(c) LN information relating to LN customers, lists of customers, or other identifiable LN information relating to LN's customers.

Except that nothing in this Order prevents the use or disclosure of LN information specific to a particular LN customer with that same customer.

2.      required to comply with all Non-Disclosure Agreements with LN.

It is further ORDERED that, pursuant to the Parties' Non-Disclosure Agreements for Advisor, no bond is required.

This Order is entered on June 22nd, 2017, and shall continue until otherwise ordered by the Court.


IT IS SO ORDERED.

                                              s/Thomas M. Rose

                                              _____
                                              UNITED STATES DISTRICT JUDGE


AGREED:


s/ Erin E. Rhinehart                          s/J. Steven Justice
Erin E. Rhinehart (0078298)                   J. Steven Justice (0063719)
    Trial Attorney                               Trial Attorney
Stephen A. Weigand (0083573)                  DUNGAN & LeFEVRE CO., LPA
Jennifer L. Dollard (0093624)                 210 West Main St.
FARUKI IRELAND COX                            Troy, Ohio 45373
RHINEHART & DUSING P.L.L.                     Telephone: (937) 332-9640
110 North Main St., Suite 1600                Telecopier: (937) 335-4084
Dayton, Ohio 45402                            Email: justice@dunganattorney.com
Telephone: (937) 227-3714
Telecopier: (937) 227-3717                    Warren Haskel *pro hac vice forthcoming*
Email: erhinehart@ficlaw.com                  KIRKLAND & ELLIS LLP
        sweigand@ficlaw.com                   601 Lexington Avenue
        jdollard@ficlaw.com                    New York, NY 10022
                                              Telephone: (212) 446-5927
                                              Telecopier: (212) 446-4900
                                              Email: warren.haskel@kirkland.com


Attorneys for Plaintiff RELX Inc.,            Attorneys for Defendant
through its LexisNexis Division               Chase Cost Management, LLC


1202067.1